

# HELEN F. DALTON & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

September 11, 2023

**Via ECF**
The Honorable Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **Sinche, et al v. Ducati Home Projects LLC, et al.**
    **22-CV-5852 (EK)(SIL)**

Dear Judge Locke:

    Our office represents the Plaintiffs in the above-referenced matter and we submit this letter to supplement the parties' Motion for Settlement Approval [Dkt. No. 25] and to provide the Court with a fully executed copy of the settlement agreement, which is attached hereto as **Exhibit 1**.

    We thank the Court for its consideration and remain available to provide any additional information.

                                  Respectfully submitted,

                                  *James O'Donnell*
                                  James O'Donnell, Esq.