UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JULIO HERNAN CAYAMCELA SINCHE,
and JOHNNY FABIAN CAYAMCELA
SUCUZHANAY,

                        Plaintiffs,

    -against-

DUCATI HOME PROJECTS, LLC, and
WLADYSLAW LUBAS,

                        Defendants.
-------------------------------------------------------------------X

**MEMORANDUM AND ORDER**

22-CV-5852 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

      On August 31, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.*, Plaintiffs Julio Hernan Cayamcela Sinche and Johnny Fabian Cayamcela Sucuzhanay and Defendants Ducati Home Projects LLC and Wladyslaw Lubas submitted a joint motion seeking approval of a Settlement Agreement (the "Settlement Agreement").[1] *See* DE [25]. On September 18, 2023, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [28].

      Having reviewed the submissions in support of the parties' application and considered the parties' presentations at oral argument, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Wolinsky v. Scholastic*

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Consent to Jurisdiction, Docket Entry ("DE") [24].

*Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York          **SO ORDERED.**
         September 18, 2023

                                          /s/ Steven I. Locke
                                          STEVEN I. LOCKE
                                          United States Magistrate Judge